```
Attachment A
                                        :
02-2635    SHIRK                        :
02-2735    WATSON                       :
02-2736    HOOD                         :
02-2737    HART                         :
02-2738    JOHNSON                      :
02-2681    SHIRK                        :
02-2845    KINIUK                       :
02-3166    HRYCYK                       :
02-3168    GREEN                        :
02-3169    SAKEWICZ                     :
02-3170    HENDRICKS                    :
02-3171    PALMER                       :
02-3172    BERRY                        :
02-3175    SOLOMON                      :
02-3176    ROMANOWSKI                   :
02-3177    O'DONNELL                    :
02-3448    HARTMANN                     :
02-3449    ROCKS                        :
02-3450    REED                         :
02-3451    GAMBLER                      :
02-3452    MACAULEY                     :
02-3630    ALIBERT                      :
02-3631    VISCO                        :
02-3632    DANCSECS                     :
02-3847    HAMMOND                      :
02-3848    POTTER                       :
02-4095    SMITH                        :
02-4096    SEARFOSS                     :
02-4097    GEARINGER                    :
02-4101    FRYE                         :
02-4338    ZIMMERMAN                    :
02-4339    MEYER                        :
```

Case 2:02-cv-02635-JF     Document 7-2     Filed 10/09/2002     Page 2 of 2